# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **RON LEMOINE, SR.** | * | **CIVIL ACTION** |
| | * | |
| | * | **NO. 08-4513** |
| | * | |
| **LEXINGTON INSURANCE COMPANY** | * | **SECTION "L"(5)** |

## ORDER

The Court, after considering the petition, the record, the applicable law, and the Magistrate Judge's Report and Recommendation entered on June 10, 2009, hereby approves said Report and Recommendation and adopts same as its opinion herein. Accordingly,

IT IS ORDERED that the claims of Plaintiff Ron Lemoine, Sr., against Defendant, Lexington Insurance Company, be and are hereby dismissed with prejudice, at Plaintiff's costs.

New Orleans, Louisiana this 24th day of June, 2009.

_____
UNITED STATES DISTRICT JUDGE